IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ANTHONY LEWIS JERDINE**                                                                        **PETITIONER**

**v.**                                                     **No. 3:20CV227-MPM-DAS**

**WARDEN RAFAEL VERGARA, ET AL.**                                        **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DISMISSED** without prejudice for want of subject matter jurisdiction. The instant request for compassionate release under 18 U.S.C. § 3582 is **DISMISSED** with prejudice.

**SO ORDERED**, this, the 9th day of November, 2020.

                                                         /s/ Michael P. Mills
                                                         UNITED STATES DISTRICT JUDGE
                                                         NORTHERN DISTRICT OF MISSISSIPPI